**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **BAYER CROPSCIENCE AG and BAYER S.A.S., Plaintiffs,** | : | |
| **v.** | : | **C.A. 12-256-RMB-JS** |
| **DOW AGROSCIENCES LLC, Defendant.** | : | |

**PLAINTIFF BAYER'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DOW AGROSCIENCES LLC'S REFILED MOTION FOR FEES AND COSTS**

Pursuant to D. Del. L.R 7.1.3(c)(2), Bayer CropScience AG and Bayer S.A.S. (collectively, "Bayer") respectfully request leave to file the sur-reply attached as Exhibit "A" in order to address new issues raised by Dow AgroSciences LLC ("DAS") in its July 3, 2014 reply brief (D.I. 345). Bayer should be permitted to respond briefly to DAS's reply brief for two reasons.

*First*, DAS raises new issues that were not a part of its original motion. DAS is not permitted to reserve arguments for reply that should have been stated in opening papers. *See Asahi Glass Co. v. Guardian Indus. Corp.*, 2013 WL 936451, at *2 n.4 (D. Del. Mar. 11, 2013) ("As reservation of material for the reply brief violates Local Rule 7.1.3(c)(2), the court grants defendant's motion for leave to file a surreply to the instant motion."); *National Utility Service, Inc. v. Chesapeake Corp.*, 45 F. Supp. 2d 438, 445-46 (D.N.J. 1999) (granting party right to file sur-reply brief where opposing party raised particular argument for first time in reply brief).

*Second*, the new arguments in DAS's reply make factual representations that are material, false, and contrary to the record. Unless permitted to address these misrepresentations, there is a real risk that Bayer will be prejudiced.

/s/ *Travis S. Hunter*
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Travis S. Hunter (#5350)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
hunter@rlf.com

*Attorneys for Plaintiffs*
*Bayer CropScience AG and Bayer S.A.S.*

OF COUNSEL:
Robert J. Koch
Ronald L. Sigworth
Stephanie R. Amoroso
Edward J. Mayle
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW, Suite 1100
Washington, DC 20006
(202) 835-7500
rkoch@milbank.com
rsigworth@milbank.com
samoroso@milbank.com
emayle@milbank.com

Fredrick M. Zullow
Christopher J. Gaspar
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
fzullow@milbank.com
cgaspar@milbank.com

DATED: July 8, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2014, I caused to be served copies of the foregoing document in the manner indicated below and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

**VIA E-MAIL**
Steven J. Balick
Lauren E. Maguire
Andrew C. Mayo
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

**VIA E-MAIL**
Peter A. Bicks
Alex V. Chachkes
Joseph A. Sherinsky
Ilene Albala
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
212-506-3748
pbicks@orrick.com
achachkes@orrick.com
jsherinsky@orrick.com
ialbala@orrick.com

Hardip B. Passananti
ORRICK, HERINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
(949)567-6700
hpassananti@orrick.com

*/s/ Travis S. Hunter*
Travis S. Hunter (#5350)
hunter@rlf.com